IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MARY HENLEY                                                                                                                               PLAINTIFF

v.                                                                          CIVIL ACTION NO. 4:11cv167-DPJ-FKB

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY                                                                            DEFENDANT

ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court.  Magistrate Judge Ball recommended remanding the case to the Commissioner of Social Security.  The Court, having fully reviewed the unopposed Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court, and the same entire action should be remanded to the Commissioner of Social Security and this appeal should be dismissed.

A separate judgment will be entered herein.

**SO ORDERED AND ADJUDGED** this the 14th day of February, 2013.

                                                                    s/ *Daniel P. Jordan III*
                                                                    UNITED STATES DISTRICT JUDGE